**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MICHAEL A. FISHER,**

    **Petitioner,**

    v.                                       **CASE NO. 2:04-cv-622
JUDGE MARBLEY**
**PAT HURLEY,**                         **MAGISTRATE JUDGE KEMP**

    **Respondent.**

**ORDER**

On March 29, 2006, proceedings in this 2254 action were stayed so that petitioner could exhaust state court remedies as to his claims. Doc. No. 27. On August 21, 2006, petitioner filed a notification of exhaustion. Doc. No. 28. Petitioner now requests an extension of time to "research, prepare and file his full habeas petition." *See id.*

Proceedings are hereby **REACTIVATED.** Petitioner must file his full habeas petition within sixty (60) days of the date of this order. Respondent shall file the supplemental Return of Writ within twenty (20) days thereafter.

    **IT IS SO ORDERED.**

```
                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge
```