IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL A. FISHER,**

    **Petitioner,**

    v.                                   **CASE NO. 2:04-cv-622**
                                          **JUDGE MARBLEY**
**PAT HURLEY,**                         **MAGISTRATE JUDGE KEMP**

    **Respondent.**

## OPINION AND ORDER

On January 22, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

                                                            s/Algenon L. Marbley
                                                           ALGENON L. MARBLEY
                                                           United States District Judge